# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                      ltrust@osbornlawpc.com

May 11, 2026

**VIA ECF**

MEMO ENDORSED

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Padilla v. Commissioner of Social Security*
           Civil Action No. 1:26-cv-01332-GS

Dear Judge Stein,

We write on behalf of our client, Jazmin Padilla, with the consent of the defense, to request a 80-day extension of time to file her motion for judgment on the pleadings which is currently due on May 20, 2026, per the Court's February 20, 2026 Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **August 10, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 14, 2026**; and

- Plaintiff to file her reply, if any, on or before: **October 28, 2026.**

43 West 43rd Street, Suite 131    Telephone 212-725-9800    osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115    info@osbornlawpc.com

Honorable Gary Stein
May 11, 2026
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
lstrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)

Application granted.  Plaintiff's deadline to file her motion for judgment on the pleadings is extended to August 10, 2026.  Defendant's deadline to file its response is extended to October 14, 2026.  Plaintiff's deadline to file her reply, if any, is extended to October 28, 2026.

SO ORDERED.

Date:   New York, New York
        May 12, 2026

Gary Stein
United States Magistate Judge
Southern District of New York